LATHAM & WATKINS LLP
Perry J. Viscounty (Bar No. 132143)
perry.viscounty@lw.com
Mark A. Finkelstein (Bar No. 173851)
mark.finkelstein@lw.com
Michele D. Johnson (Bar No. 198298)
michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Defendant and Counterclaimant
ALLERGAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLEIN-BECKER USA, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ALLERGAN, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED CROSS ACTION. | CASE NO. 4:06-mc-80023 SBA (EDL)<br><br>MODIFIED<br><br>[~~PROPOSED~~] ORDER GRANTING IN PART AND DENYING IN PART ALLERGAN, INC.'S MOTION TO COMPEL SUBPOENA TO ALLURE COSMETIC, INC. |

LATHAM&WATKINS  OC\807285.1
ATTORNEYS AT LAW
ORANGE COUNTY

ORDER REGARDING ALLERGAN, INC.'S MOTION
TO COMPEL SUBPOENA TO ALLURE COSMETIC
Case No. 2:03CV00514DB

1   Allergan, Inc.'s Motion to Compel Subpoena to Allure Cosmetic, Inc. came
2   before this Court for oral argument on March 7, 2006. The Honorable Magistrate Judge
3   Elizabeth Laporte presided. Allergan was represented by Donald P. Bunnin. Allure Cosmetic
4   was represented by Andrew Stroud. The Court having considered Allergan's discovery requests,
5   the memoranda of law, the declarations and exhibits filed concurrently therewith, and oral
6   argument of counsel, and for good cause shown thereon;
7   IT IS HEREBY ORDERED that Allergan's Motion to Compel Subpoena to
8   Allure Cosmetic, Inc. is GRANTED IN PART AND DENIED IN PART, as follows.
9   Prior to the hearing, Allure Cosmetic agreed to produce the scientific testing
10  results responsive to the invoices served with Allergan's moving papers. At the hearing, Allure
11  Cosmetic's counsel agreed to produce any other scientific testing as well. In the event that
12  Allure Cosmetic believes based upon confidentiality agreements that it cannot produce any
13  documents regarding scientific testing, Allure Cosmetic will provide Allergan with a privilege
14  log identifying the scientific testing documents withheld and the basis for withholding the
15  documents. The parties shall meet-and-confer with respect to any scientific testing documents
16  withheld by Allure Cosmetic. If the parties cannot resolve their dispute, Allergan may re-raise
17  the issue before this Court.
18  Allergan's motion is granted with respect to Request No. 16.
19  Allergan's motion is granted with respect to Request Nos. 37 and 43, but Allure
20  Cosmetic's production shall be limited to internal communications or correspondence within the
21  supply chain of Proctor & Gamble Company, Sederma, Klein-Becker, Basic Research, and
22  Allure Cosmetic regarding problems with StriVectin-SD, Matrixyl, and/or Pal-KTTKS.
23  Allergan's motion is denied with respect to Request Nos. 3, 10, and 35.
24  IT IS FURTHER ORDERED that Allure Cosmetic shall produce all documents
25  and information as ordered herein within 20 days of entry of this Order. [because only]
26  IT IS FURTHER ORDERED that the sentence beginning on line 22 and
27  concluding on line 23 of page 11 of Allergan's Motion to Compel Subpoena to Allure Cosmetic,
28  Inc. and Exhibit "O" attached to the Declaration of Donald Bunnin in Support of Allergan's

LATHAM&WATKINS OC\807285.1
ATTORNEYS AT LAW
ORANGE COUNTY
ORDER REGARDING ALLERGAN, INC.'S MOTION
2   TO COMPEL SUBPOENA TO ALLURE COSMETIC
Case No. 2:03CV00514DB

1  Motion to Compel Subpoena to Allure Cosmetic, Inc.

2  ███████████████████████

> are privileged, Allergan shall re-file redacted copies of these documents (which were filed under seal in their entirety) so that the redacted versions may be accessed by the public on the Court's docket.

3      IT IS FINALLY ORDERED that each party shall bear its own costs and

4  attorneys' fees.

5      **IT IS SO ORDERED.**

7  Dated: __March 16, 2006__     _____

8                                                    UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*

11  Approved as to form:

13  _[signature]_  3/15/06

14  Andrew Stroud, Esq.
    Attorney for Allure Cosmetic, Inc.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

OC\807285.1

ORDER REGARDING ALLERGAN, INC.'S MOTION
TO COMPEL SUBPOENA TO ALLURE COSMETIC
Case No. 2:03CV00514DB

3